NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3162

EARTHA P. JOHNSON,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in
DC844E080501-I-1.

ON MOTION

Before NEWMAN, RADER, and SCHALL, Circuit Judges.

PER CURIAM.

## ORDER

Upon consideration of Eartha P. Johnson's motion for reconsideration of the

court's order dismissing her petition for review as untimely,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

NOV 0 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Eartha P. Johnson
Richard P. Schroeder, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 2 2009

JAN HORBALY
CLERK